# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-3112

Sherice Sargent, et al. vs. School District of Philadelphia, et al.

Calendar Date: September 9, 2025  Location: Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Jonathan F. Mitchell

Designation of Arguing Counsel: Jonathan F. Mitchell

Member of the Bar: [✔] Yes [ ] No

Representing (check only one):

[ ] Petitioner(s)  [✔] Appellant(s)  [ ] Intervenor(s)

[ ] Respondent(s)  [ ] Appellee(s)  [ ] Amicus Curiae

Please list the name of the lead party being represented:

Sherice Sargent, et al.

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)