# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-3112**

**Sherice Sargent, et al** vs. **School District of Philadelphia, et al**

Calendar Date: **7/16/2025**    Location: **Eastern District of Pennsylvania**

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: **John Borkowski**

Designation of Arguing Counsel: **Partner**

Member of the Bar:  ☑ Yes    ☐ No

Representing (check only one):

☐ Petitioner(s)    ☐ Appellant(s)    ☐ Intervenor(s)

☐ Respondent(s)    ☑ Appellee(s)    ☐ Amicus Curiae

Please list the name of the lead party being represented:

**The School District of Philadelphia**

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)